UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BHAJAN KAUR, et al. | No. 3:11-cv-2392 |
| Plaintiffs, | |
| v. | ~~PROPOSED~~ ORDER |
| ROBIN BARRETT, Field Office Director, USCIS San Francisco, CA., *et al.* | |
| Defendants. | |

This matter came before the Court on the Joint Stipulation To Continue Case Management Conference [Docket No. 6]. Good cause having been shown, it is: HEREBY ORDERED:

That the Joint Stipulation [Docket No. 6] is GRANTED, and that the Case Management Conference be continued until ~~___ days after Defendants answer or respond to Plaintiffs Complaint on or before September 26, 2011~~. **November 8, 2011 at 10:00 a.m.**

BY THE COURT:

Dated: August 9, 2011

_____
Honorable Elizabeth D. Laporte

IT IS SO ORDERED
[Signature: Elizabeth D. Laporte]
Judge Elizabeth D. Laporte