JOSEPH J. SIGUENZA, ESQ. (SBN92327)
LAW OFFICES OF ASHWANI K. BHAKHRI
1299 Bayshore Hwy., Ste. 208
Burlingame, CA 94010
(650) 685-6334


Attorneys for Plaintiffs


IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| BHAJAN KAUR, et al., | NO. 3:11-CV-2392 |
| Plaintiffs, | PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| ROBIN BARRETT, Field Office Director, USCIS San Francisco, CA., et al., | |
| Defendants. | |

_____/

   The instant action filed by plaintiffs, challenges the delay in the adjudication of a pending I-485 Application(s) for Adjustment of Status, pursuant to a previous grant of asylum to lead plaintiff, and subsequent approved I-730 Petitions on behalf of co-plaintiffs. Since the filing of the Complaint, the parties have been notified that USCIS has

1  taken affirmative action in concluding the processing of said
2  Application(s).
3      WHEREFORE, plaintiffs respectfully moves for an order of
4  voluntary dismissal of the above-entitled action, without
5  prejudice.
6      Dated: 09/06/11
7                          LAW OFFICES OF ASHWANI K. BHAKHRI
8                          BY __s/ JOSEPH J. SIGUENZA_____
9                             JOSEPH J. SIGUENZA
                              Attorneys for Plaintiffs
10
11                         ORDER
12     PURSUANT to plaintiffs' motion and for the reasons
13 Stated therein,
14     IT IS HEREBY ORDERED that the above-entitled action
15 Be dismissed without prejudice.
16     IT IS SO ORDERED.
17     Dated: _                    *Elizabeth D. Laporte*
18                          _____
19   September 8, 2011      UNITED STATES ~~DISTRICT COURT~~ JUDGE

Case3:11-cv-02392-EDL Document10 Filed09/06/11 Page2 of 2